**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan QUINTERO–FLORES,**
**Defendant–Appellant.**

No. 14–41024
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 21, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

---

**390**

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Juan Quintero–Flores raises arguments that he concedes are foreclosed by *United States v. Rodriguez,* 711 F.3d 541, 559–62 & n. 28 (5th Cir.2013) (en banc), in which this court held that the generic, contemporary definition of "sexual abuse of a minor" does not require that the age of consent be below 17 years old. The unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

